PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Vachic Wendell Hendon
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

LT MCcall

Srgt Dobbins

Capt MCqueen
(Enter above full name of defendant or defendants.)

Case No. 1:25-cv-84-KDB

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (  )  No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: _____
      _____

      Defendants: _____
      _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket number: _____

   4. Name of presiding judge: _____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
      _____

   6. Approximate date of case filing: _____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (✓) No ( )
1. Name the court and docket number for each:
   1:24-cv-173-GCM

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes (✓) No ( )
1. If yes, how many?
   one
2. Name the court and docket number for each action:
   Hendon V. Redmond

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✓) No ( )

B. If your answer is Yes:
1. When did you file your grievance?
   every few months
2. What was your grievance?
   we need case law books and or Law tablets

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )

   If yes, when was the decision and what was the result?
   no Law books or Law tablets

C. If your answer to A is no, identify the claim(s) and explain why not:

5. **Additional Defendants**

Srgt Hogsed

Position Srgt

Place of Employment T.C.D.F

Current Address
153 Safety Way
Brevard N.C 28712

---

**Additional Plaintiffs**

Address/Palce of Confinement
Transylvina County detention facility
153 Safety Way
Brevard N.C 28712

*(signature)* (Bruce Holloman)
*(signature)* (Jamal McDaniel)
*(signature)* Randall Frady
Terricco Farrington *(signature)*

## IV. PARTIES

**A. Plaintiff's Name:** Valchric Hendon
**Address/Place of Confinement:** T.C.D.F 153 Safety way Brevard N.C 28712

**B. Defendant(s)**

**Name of Defendant 1:** Lt McCall
**Position:** Lt
**Place of Employment:** T.C.D.F
**Current Address:** 153 Safety way Brevard N.C 28712

Additional Defendant(s) provide name, position, place of employment, and current address for each.

**Defendant 2:** Srgt Dobbins
Srgt
T.C.D.F.
153 Safety way Brevard N.C 28712

**Defendant 3:** Capt McQueen
Capt
T.C.D.F
153 Safety way Brevard N.C 28712

**Defendant 4:** Sheriff Owenby
Sheriff
153 Safety way Brevard N.C 28712

(Continue on separate sheet if necessary.)

## V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

1. There is no Law library at transylvaina county facility
2. There is no way to find case law or search for it
3. There is no law books or tablets
4. There is no one to help inmates with Law
5. The jail don't allow jailhouse lawyers to provide assitence
6. All The mail is taken and not provided copies to the inmates which cutts off any help inmates can get from the outside world that the copies of mail provides Contraband free mail thair is no legitment reason to not allow these copies of mobile text behind App mail after the jail has screen them. See attached pages. Text behind must be allowd here at T.C.D.F. if the jail is not gony to make copies of regular mail

## Statement of Claim — No law library

T.C.D.F has and is currently violating detainees and inmates rights. In violation of the fourthteenth amendment of the united states constiution by failure to provide access to the court and legal research facilities. There is no law library of any kind nor is there any legal assistance other than one detainee which the jail does not allow to freely help other inmates. The jail house lawyer has to sneak around helping other inmates with limted resoures that he has. The jail has a request forms on one kiosk only which is shared between 40 inmates for two hours twice a day. The items that are requested takes 7 to 14 days to receive and T.C.D.F refers to this as legal research. There is absolutly no case law any where at T.C.D.F and this is severely inadequate. In younger V. Gilmore the court held that respondent's right to access to the court and equal protection of law had been violated because there was no indication of law had been violated because there was no indication of assistance at the initial stage of preparation of writs and petitions. A jail cannot satisfy Bounds merely by buying books. Inmates must receive guidance in how to use legal materials and, in instances of illiterate inmates, more extensive assistance in preparing claims. If jails do not provide such assistance, meaningful access is also denied. Also jail must update their legal collections and provide inmates with sufficient time to conduct research. The united states court of Appeals for the Fourth Circuit has held that forty-five minutes of research time three times a week is inadequate.

## Statement of Claim — No law library

Court has addressed this issue in Clay v. Walls W.D.N.C (1987 cluster v. Harnett County April 2d (1987). A Source of current legal information would be particularly important so that inmates could learn whether they have claims at all, as where new court decisions might apply retroactively to invalidate convictions. Law Libraries and other forms of legal assistance are needed to give detainee/prisoners a reasonably adequate opportunity to present claimed violation of fundamental constitutional rights to the courts. The legal form request here at T.C.D.F all to often rejects request which I have attached rejected copies to the claim The request forms do not provide Case law. You could request case law if you knew the case citations but there no way to find that information here. T.C.D.F. need to immediately take action and provide inmates with Meaningful access to the court under Smith v. Bounds 538 F 2d 541, 545 (4th Cir 1975). At this day and age there no reason not to have adequate Law Library because it is so many companies that exist which provides this services for free I have grievanced this subject for months and some have grievanced this subject for years. How this has gone on so long is shocking at the least. The jail has been informed of companies such as paytel which provides tablets to jails that has adquate law library for free and pay the jail to provide this services T.C.D.F houses federal detainees state detainces as well as inmates who are serving sentences at T.C.D.F for ty ears.

## Statement of Claim    Mail

T.C.D.F is also in volation of inmates access to mail because The jail is overly restricting mail and not providing another way for inmates to have meaningful way to receive at least physical copies of mail at all. Mr Jamal mcdaniel had textbehind mail rejected from receiving a physical copy of textbehind. which is a copy provided by textbehind which is a 3rd party company that familys pay for to provided inmates with physical copies that is contraband free because the outside sender uses a mobile App to send the mail through textbehind plantif jamal mcdaniel put in a grievance about not receiving a physical copy becanse it is a copy that provided by a jail system that provide this service. Courts have allowed restriction on incoming mail such as packages on the grounds which may hide contraband. It is also understood that regular mail can be rejected if it contains contraband. the jail is taking all mail and putting it on a kiosk and in the inmates property the problem with this is when family sends cases or case law there is no time or anyway to study it. All jails are using this textbehind Service for this reason. There is never over 100 inmates and at times as low as 60 which it is safe to say most dont receive mail everyday. Letter sent from family or other important information can not be access when detainee are locked in cells 20 hours a day and inmates that is locked in solatary or lock back can not check the kiosk everyday There another problem there is only one kiosk for 40 men to use within

## Statement of claim mail

a two hour and most times it's only one hour because where the kiosk is classes or AA NA is also held, on some days. A man get locked back could get sent a letter telling him that his mother has pass away why should he have to wait 2 or 3 days to find this out. Mail is only sorted monday wenday and friday which adds to the delays like legal mail thair is no logical reason for this. The jail needs to provide copies of the mail before it's put in our property or the jail need to use text behind properly. At this day and age the problems that the jail has are unheard of and shocking to say the least not providing copies even of a copy says the jail is purposly trying stop or eliminate any way for inmates to access the courts or any legal activaties pro se inmates should be able to get copies of case law sent in and pictures of family there is also older inmates that don't know how to use a kiosk. If the jail is going to stop or not provide copies of mail they need to allow the jail service provider to do so. this is at the cost of inmates ether way they must be some form of meaningful access to mail here text behind needs to be properly used. Which is a 3rd party contraband free system that provide copies to the inmate at no cost to the jail it is impossible to file motion off information when you can't get to it. That one kiosk is used for ordering canteen, text, email, grievances, medical for 40 men at a time we are just asking for what all other jails are providing that is some kind of physical copy of mail.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

We want a affirmative injunction order that Transylvania County Detention Center provide adequate law library ether through Law books and or tablets and a plain to maintaine inmates access to the court also allow inmate to help eachother with law work There must be case law on site at the jail. The second thing is Transylvania County detention Center to have a least 2 members on each shift to be trained to complete the mail on every shift and to print and give us copies of mail and pass mail out everyday there is no reason not to this Center never have over 100 people here and they all dont get mail we need case law now our family can help if we get our mail we want stett behind made available we need some form of physical mail copies need to be made for inmates and not just put in our property where we cant access it. We also need to be able to make copies of legal work We will also ask the court to waive all filing fees in this matter or make the jail to pay them. We need immediate affirmative action taken on the behalf of Transylvania county Detention facility We also want a long term injunction put in place to make sure this deprivation do not happen again Without law Library the Jail should not be open to hold state inmate federal detainee pro se inmates in civil matters or State inmate trying to appeal thain sentences

Date: 3-4-2025    Signature: *Valashuflaher*
Prison ID #: 74416